**UNITED STATES BANKRUPTCY COURT**
**District of Colorado**

| | |
|---|---|
| In re RONALD BALATBAT and | Case No. 10-26538 ABC |
| DENISE MARIE BALATBAT | Chapter 13 |
| Debtor(s). | |

**MOTION TO DISALLOW PROOF OF CLAIM**

Debtor(s), by and through their attorneys, Heupel Law, P.C., hereby move this Court to disallow Proof of Claim No. 9-1 and in support thereof state as follows:

1. Debtor filed for bankruptcy relief under Chapter 13 on June 30, 2010, and Debtor's plan was confirmed on October 6, 2010.

2. Debtor listed HSBC Bank ("HSBC") as an unsecured creditor in the petition.

3. HSBC filed a secured claim in the amount of $4,019.61, Claim No. 10-1.

4. Colorado law states in pertinent part as follows: "A security interest does not exist under this article in ordinary building materials incorporated into an improvement on land." C.R.S.A. § 4-9-334(a). The objects being "secured in this instance are cabinet fronts which should be considered such ordinary building materials." Id. Additionally, even if a security interest could be filed in this instance, HSBC failed to meet the requirements of filing such interest within twenty days of the items becoming fixtures. C.R.S.A. § 4-9-334(d)(3).

5. HSBC did not attach sufficient and/or legible documents to evidence a perfected lien or security interest in property of the Debtor's estate as required by Bankruptcy Rule 3001(d) and Colorado law as cited above.

6. Therefore, HSBC's claim should be allowed as "unsecured" only.

WHEREFORE, Debtor(s) request that this Court disallow the proof of claim as set forth herein and deem the claim as "unsecured".

Respectfully submitted this 10th day of January, 2011.

Attorney for the Debtors:

Kevin D. Heupel, 30264
Matt Shimanek, 41104
Russell Avedis, 41118

Heupel Law, P.C.
2440 Stout Street
Denver, CO 80205
(303) 955-7570
FAX: (866) 397-4768
Info@HeupelLaw.com